IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TORRENCE K. SURLES, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 2:08cv907-MHT<br>(WO) |

**ORDER**

On April 15, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the recommendation (doc. no. 26) is adopted.

DONE, this the 11th day of May, 2010.

　　　　　　　　　　　　　　　　　　　　/s/  MYRON H. THOMPSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE